UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE REAL ESTATE BAR ASSOCIATION FOR MASSACHUSETTS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 07-10224-JLT |
| NATIONAL REAL ESTATE INFORMATION SERVICES and NATIONAL REAL ESTATE INFORMATION SERVICES, INC., | * * * * | |
| Defendants. | * | |

ORDER OF JUDGMENT

April 13, 2009

TAURO, J.

For the reasons set forth in the accompanying Memorandum, this court hereby orders that:

1. Defendants' Motion for Summary Judgment [#59] and Motion for Summary Judgment on Dormant Commerce Clause Counterclaim [#79] are ALLOWED.

2. Plaintiff's Motion for Summary Judgment [#69] is DENIED.

3. Defendants' Motion for Leave to File [#96] is ALLOWED AS MOOT.

4. Plaintiff is enjoined from enforcing on Defendants its interpretation of the practice of law as encompassing (1) all the interconnected activities of a real estate conveyance and (2) the issuance of title insurance.

5. Each side shall bear its own costs.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge