UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE REAL ESTATE BAR ASSOCIATION FOR MASSACHUSETTS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 07-10224-JLT |
| NATIONAL REAL ESTATE INFORMATION SERVICES and NATIONAL REAL ESTATE INFORMATION SERVICES, INC., | * * * * | |
| Defendants. | * | |

ORDER

June 11, 2009

TAURO, J.

After reviewing Parties' submissions regarding National Real Estate Information Services and National Real Estate Information Services, Inc.'s ("NREIS") Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988, this court hereby orders that:

1. By June 18, 2009, NREIS shall file with this court nonprivileged descriptions of any documentation supporting its request for fees and costs that remains redacted.

2. The Real Estate Bar Association for Massachusetts, Inc. shall have until June 25, 2009 to file a response to NREIS's nonprivileged descriptions.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge