UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE REAL ESTATE BAR ASSOCIATION FOR MASSACHUSETTS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 07-10224-JLT |
| NATIONAL REAL ESTATE INFORMATION SERVICES and NATIONAL REAL ESTATE INFORMATION SERVICES, INC., | * * * * | |
| Defendants. | * | |

ORDER

August 17, 2009

TAURO, J.

For the reasons set forth in the accompanying Memorandum, this court hereby orders that:

1. Defendants National Real Estate Information Services and National Real Estate Information Services, Inc.'s ("NREIS") Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988 [#104] is ALLOWED.

2. This court awards NREIS $904,076.17 in attorneys' fees and costs.

IT IS SO ORDERED.

　/s/ Joseph L. Tauro　
United States District Judge