UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE REAL ESTATE BAR ASSOCIATION FOR MASSACHUSETTS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 07-10224-JLT |
| NATIONAL REAL ESTATE INFORMATION SERVICES and NATIONAL REAL ESTATE INFORMATION SERVICES, INC., | * * * * | |
| Defendants. | * | |

ORDER

October 20, 2009

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that Plaintiff's Motion to Stay Execution of Judgment [#143] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge